UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| Charles Norton, | ) | Chapter 7 Case No.: 25-11271-JEB |
| | ) | |
| _____Debtor._____ | ) | |
| William K. Harrington, United States | ) | |
| Trustee, Region 1, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 26-01050-JEB |
| v. | ) | |
| | ) | |
| Charles Norton | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ANSWER TO ADVERSARY COMPLAINT**

Now comes the Defendant, by counsel, and respectfully responds to the Plaintiff's Adversary

Complaint as follows:

1.  The Defendant denies the allegations and relief requested in paragraph 1.

2.  The Defendant admits the allegations in paragraph 2.

3.  The Defendant admits the allegations in paragraph 3.

4.  The Defendant admits the allegations in paragraph 4.

5.  The Defendant admits the allegations in paragraph 5.

6.  The Defendant admits the allegations in paragraph 6.

7.  The Defendant admits the allegations in paragraph 7.

8.  The Defendant admits the allegations in paragraph 8.

9.  The Defendant admits the allegations in paragraph 9.

10. The Defendant neither admits nor denies the allegations in paragraph 10 as it calls for a legal conclusion.

11. The Defendant restates and repeats his responses to paragraphs 1 through 10 above.

12. The Defendant admits the allegations in paragraph 12.

13. The Defendant admits the allegations in paragraph 13.

14. The Defendant admits the allegations in paragraph 14.

15. The Defendant admits the allegations in paragraph 15.

16. The Defendant admits the allegations in paragraph 16.

17. The Defendant admits the allegations in paragraph 17.

18. The Defendant admits that a subpoena was issued but neither admits nor denies that it was valid within the confines of the Order.

19. The Defendant admits the allegations in paragraph 19.

20. The Defendant admits the allegations in paragraph 20.

21. The Defendant admits the allegations in paragraph 21.

22. The Defendant admits the allegations in paragraph 22.

23. The Defendant admits the allegations in paragraph 23.

24. The Defendant admits the allegations in paragraph 24.

25. The Defendant admits that the termination of certain contracts precipitated the bankruptcy filing.

26. The Defendant admits the allegations in paragraph 26.

27. The Defendant admits the allegations in paragraph 27.

28. The Defendant admits the allegations in paragraph 28.

29. The Defendant admits the allegations in paragraph 29.

30. The Defendant admits the allegations in paragraph 30.

31. The Defendant admits the allegations in paragraph 31.

32. The Defendant admits the allegations in paragraph 32.

33. The Defendant states that the document referenced in this paragraph speaks for itself.

34. The Defendant states that the document referenced in this paragraph speaks for itself.

35. The Defendant admits the allegations in paragraph 35.

36. The Defendant denies the allegations in paragraph 36.

37. The Defendant states that the referenced documents speak for themselves. The Defendant further denies any negative implication by the use of the word "omits".

38. The Defendant states that the referenced document speaks for itself. The Defendant further denies any negative implication by the use of the word "failed".

39. The Defendant states that the referenced document speaks for itself.

40. The Defendant states that the referenced document speaks for itself.

41. The Defendant admits the allegations in paragraph 41.

42. The Defendant states that such checking accounts existed.

43. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Exam.

44. The Defendant admits that the referenced account existed and could be accessed.

45. The Defendant states that the referenced document speaks for itself.

46. The Defendant states that the referenced Exhibit speaks for itself.

47. The Defendant states that the referenced document speaks for itself.

48. The Defendant states that the referenced Exhibit speaks for itself.

49. This paragraph does not require an admission or denial as it is asserting a hypothetical.

50. This paragraph does not require an admission or denial as it is asserting a hypothetical.

51. The Defendant cannot be sure whether the assertions in this paragraph are correct as to the number of accounts stated.  The Defendant can admit that the entities did have individual bank accounts.

52. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the bank signatory documentation.

53. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Exam.

54. The Defendant admits that the referenced account existed and could be accessed.

55. The Defendant admits that an account at Eastern Bank existed. The Defendant can neither admit nor deny the remaining assertions in this paragraph without reviewing the bank documentation.

56. The Defendant can neither admit nor deny the assertions in this paragraph as the Defendant does not know what precisely "According to the Defendant" is referencing (i.e. what is the foundation for "according").

57. The Defendant can neither admit nor deny the assertions in this paragraph as the Defendant does not know what precisely "According to the Defendant" is referencing (i.e. what is the foundation for "according").

58. The Defendant can neither admit nor deny the assertions in this paragraph as the Defendant does not know what precisely "According to the Defendant" is referencing (i.e. what is the foundation for "according").

59. The Defendant can neither admit nor deny the assertions in this paragraph as the Defendant does not know what precisely "According to the Defendant" is referencing (i.e. what is the foundation for "according").

60. The Defendant can neither admit nor deny the assertions in this paragraph as the Defendant does not know what precisely "According to the Defendant" is referencing

(i.e. what is the foundation for "according").

61. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Exam.

62. The Defendant states that the referenced document speaks for itself.

63. The Defendant states that the referenced document speaks for itself.

64. The Defendant states that the referenced document speaks for itself.

65. The Defendant states that the referenced documents speak for themselves.

66. The Defendant states that the referenced document speaks for itself.

67. The Defendant states that the referenced document speaks for itself.

68. The Defendant states that the referenced document speaks for itself.

69. The Defendant states that the referenced document speaks for itself.

70. The Defendant states that the referenced documents speak for themselves.

71. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the referenced e-mail.

72. The Defendant admits that the response to schedule "A/B" question 17 does not list the referenced Eastern Bank account as stated in this paragraph.  The Defendant denies all remaining implications and assertions in paragraph 72.

73. The Defendant admits that the response to request 2 does not list the referenced Eastern Bank account.  The Defendant denies all remaining implications and assertions in paragraph 73.

74. The Defendant, upon information and belief, denies the assertions in paragraph 74.

75. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the bank documentation.

76. The Defendant states that the referenced document speaks for itself.

77. The Defendant states that the referenced document speaks for itself.

78. The Defendant states that the referenced document speaks for itself.

79. The Defendant admits the assertions in paragraph 79.

80. The Defendant states that the referenced document speaks for itself.

81. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the referenced statement and the transcript of the referenced 2004 Examination.

82. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Examination.

83. The Defendant denies the assertions in paragraph 83.

84. The Debtor, upon information and belief, admits the assertions in paragraph 84.

85. The Defendant denies the assertions in paragraph 85.

86. The Defendant states that the referenced documents speak for themselves.

87. The Defendant denies the assertions in paragraph 87.

88. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Examination.

89. The Defendant states that the referenced documents speak for themselves.

90. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the referenced bank statements.

91. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Examination.

92. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Examination.

93. The Defendant can neither admit nor deny the assertions in this paragraph without reviewing the transcript of the referenced 2004 Examination.

94. The Defendant can neither admit nor deny the assertions in this paragraph without

reviewing the transcript of the referenced 2004 Examination.

95. The Defendant states that the referenced document speaks for itself.

96. The Defendant restates and repeats his responses to paragraphs 1 through 95 above.

97. The Defendant denies the assertions in paragraph 97.

98. The Defendant states that the referenced documents speak for themselves.

99. The Defendant states that the referenced documents speak for themselves.

100.    The Defendant denies the assertions in paragraph 100.

101.    The Defendant states that the referenced document speaks for itself.

102.    The Defendant states that the referenced document speaks for itself. The Defendant further denies any negative implication by the use of the word "failed".

103.    The Defendant states that the referenced document speaks for itself. The Defendant further denies any negative implication by the use of the phrase 'one-half interest" and "not".

104.    The Defendant denies the assertions in paragraph 104.

105.    The Defendant denies that the relief requested in paragraph 105 is justified or proper.

106.    The Defendant restates and repeats his responses to paragraphs 1 through 105 above.

107.    The Defendant neither admits nor denies the assertions in paragraph 107 as it calls for a legal conclusion.

108.    The Defendant denies the assertions in paragraph 108.

109.    The Defendant handled his obligations to disclose and amend properly within the facts and context of the case.  The Defendant denies the remaining assertions in paragraph 109.

110.    The Defendant, upon information and belief, denies the assertions in paragraph

110.

111.	The Defendant denies the assertions in paragraph 111 as to the definition of 'active' and any implications therein.

112.	The Defendant denies the assertions in paragraph 112.

113.	The Defendant denies that the relief requested in paragraph 113 is justified or proper.

114.	The Defendant restates and repeats his responses to paragraphs 1 through 113 above.

115.	The Defendant denies the assertions in paragraph 115.

116.	The Defendant denies that the relief requested in paragraph 116 is justified or proper.

117.	The Defendant restates and repeats his responses to paragraphs 1 through 116 above.

118.	The Defendant denies the assertions in paragraph 118 as written.

119.	The Defendant denies the assertions in paragraph 119 as written.

120.	The Defendant denies the assertions in paragraph 120.

121.	The Defendant denies the assertions in paragraph 121.

122.	The Defendant denies the assertions in paragraph 122.

123.	The Defendant denies the assertions in paragraph 123.

124.	The Defendant denies that the relief requested in paragraph 124 is justified or proper.

125.	The Defendant restates and repeats his responses to paragraphs 1 through 124 above.

126.	The Defendant denies the assertions in paragraph 126.

127.	The Defendant denies the assertions in paragraph 127.

128.    The Defendant denies that the relief requested in paragraph 128 is justified or proper.

WHEREFORE, the Defendant respectfully requests that the Plaintiff take nothing by way of its complaint and that all relief be granted in favor of the Defendant

Respectfully submitted,
Charles Norton
By his attorney,

/s/ James P. Ehrhard, Esq.
James P. Ehrhard, Esq. (BBO#651797)
Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, Massachusetts 01608
Telephone: 508.791.8411
Email: ehrhard@ehrhardlaw.com

Dated:  July 8, 2026

CERTIFICATE OF SERVICE

I, James P. Ehrhard, hereby certify that I sent a copy of the above Answer to the following parties via U.S. Mail if not noted as having received service via the ECF system on this 8th day of July, 2026:

Eric Bradford, Esq. via ECF


/s/ James P. Ehrhard, Esq.
James P. Ehrhard, Esq.


Dated: July 8, 2026