UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

CHARLES NORTON,

     Debtor.

Chapter 7

Case No.  25-11271

X-CALIBER RURAL CAPITAL, LLC,

     v.

CHARLES NORTON,

     Defendant.

Adv. Pro. No. 26-1050

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL TO THE DEBTOR

PLEASE TAKE NOTICE that, pursuant to MLBR 9010-3, (a)(1), I Bill N. Jacob, Esq. provide Notice of Withdrawal of representation of the Debtor in the above captioned Adversary Proceeding as Attorney James Ehrhard has filed a Notice of Appearance for the Debtor.

Dated: July 14, 2026

CHARLES NORTON,
By his attorney,

/s/ Bill N. Jacob, Esq.
Bill N. Jacob, Esq. (BBO#550959)
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479

### CERTIFICATE OF SERVICE

I, Bill N. Jacob, Esq., hereby certify that on this 14th  day of July, 2026, I served a copy of the annexed Notice of Withdrawal, by regular mail, postage prepaid, or by electronic transmission via ECF, upon the following persons and/or entities:

Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Eric K. Bradford
Department of Justice
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

James P. Ehrhard, Esq.
Ehrhard & Associates
27 Mechanic Street
Ste 101
Worcester, MA 01608

Gary W. Cruickshank, Esq.
10 Post Office Square, Suite 800 South
Boston, MA 02109

/s/ Bill N. Jacob, Esq.
Bill N. Jacob, Esq.