UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

CHARLES NORTON,

      Debtor.

Chapter 7

Case No.  25-11271

X-CALIBER RURAL CAPITAL, LLC,

      v.

CHARLES NORTON,

      Defendant.

Adv. Pro. No. 26-1050

## MOTION TO WITHDRAW  DOCUMENT

Now comes Bill N. Jacob, Esq. and hereby moves to withdraw the Notice of Withdrawal Of Appearance filed on July 14, 2026 at docket no. 9 as the document inadvertently contains the wrong caption.

WHEREFORE, the Debtor hereby requests the Court:

1. Withdraw the document docketed as document No. 9; and

2. grant such other and further relief as is just and proper.

Dated: July 14, 2026

        CHARLES NORTON,
        By his attorney,

        /s/ Bill N. Jacob, Esq.
        Bill N. Jacob, Esq. (BBO#550959)
        805 Turnpike Street, Suite 201
        North Andover, MA 01845
        (978) 683-2479

**CERTIFICATE OF SERVICE**

I, Bill N. Jacob, Esq., hereby certify that on this 14th   day of July, 2026, I served a copy

of the annexed Motion, by regular mail, postage prepaid, or by electronic transmission via ECF,

upon the following persons and/or entities:


Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Eric K. Bradford
Department of Justice
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

James P. Ehrhard, Esq.
Ehrhard & Associates
27 Mechanic Street
Ste 101
Worcester, MA 01608

Gary W. Cruickshank, Esq.
10 Post Office Square, Suite 800 South
Boston, MA 02109


/s/ Bill N. Jacob, Esq.
Bill N. Jacob, Esq.