UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Harrington v. Norton | Ch. |
| | Debtor | 26-01050-JEB |

**Order**

**MATTER:**
#7 Motion filed by Plaintiff William K Harrington for Default with certificate of service (Attachments: # 1 Exhibit Return of Service # 2 Exhibit Declaration of Jason R. Longton, Paralegal # 3 Exhibit Department of Defense Manpower Data Center Certificat

Because the Defendant filed an answer this Motion is denied as moot.

Dated: 08/13/2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge