UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Charles Norton<br><br>Debtor | Chapter7<br>Case No. 25-11271-JEB |
| William K Harrington<br>Plaintiff<br><br>v.<br><br>Charles Norton<br>Defendant | Adversary Proceeding<br>No. 26-01050-JEB |

**Order**

**MATTER:**
#18 Request from Eric K. Bradford Plaintiff William K Harrington to Extend Deadline to Submit Joint Rule 26(f) Discovery Conference Certificate and Written Report

Granted as follows. The deadline to submit the Joint Rule 26(f) Discovery Conference Certificate and Report is extended to **September 17, 2026**.

Dated: 09/08/2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge